IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Leslie E. Duke )
124 Shady LN )
Hertford, NC 27944. )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

FILED
JAN 31 2023
PETER A. MOORE, JR. CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case No. 2:23-CV-5-FL
(To be assigned
by the Clerk of
District Court)

Patricia Ann Clark James )
123 Clubhouse Rd )
Hertford, NC 27944 )

_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

Plaintiff resides at: It appears that Patricia Ann Clark James violated the Civil and Constitutional rights of Leslie E. Duke under the color of law by violating my human rights, also by defaming by perpetrating false information trying to destroy my way of life with her toxic behavior and voter intimidation because of who I was voting for, a man with a handicapp disability and Ms. James also denied electric and statue 47F-3-318. I was also denied a right to disciplinary hearing at the Board of Governors and Arbiration. It appears that I have been discriminated against.

Defendant(s) name(s) and address(es), if known: Patricia Ann Clark James 123 Clubhouse Rd Hertford, NC 27944.

1

Ms. James would not reply to two different letters and complaints.

Breach of Contract between HIPOA, When Ms. James was the President but since has been voted out. It is my belief, With a witness mr. Robin Whitehurst President of HIPOA who was just voted-in stated that he had found misappropriations of HOA's moneys which is Property owners under chapter 168A a person with disability Protection under the color of law be protected from slander and retaliation, and my Civil rights were willfully with malice slandered Leslie Deke. (18 U.S.C. 242) of human rights law under VII Civil rights acts of 1964 And as amended under the color of law

Jurisdiction in this court is based on: My Sworn testimony

(to the best of my knowledge) my Civil and Constitutional rights are protected under the 8th amendment, 9th amendment of other rights that has not been spelled out. Article 20 subject matter and to sue for $1,00,000.00 and attorney fees, If an attorney is hired. Article 28, Article 29.-- Article 12 Privacy and freedom from attacks on my reputation. Article 8, Article 10 the right to housing and electric. And it appears

The acts complained of in this suit concern:

that Ms. James did not follow Robert's Rules of Law-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)


I seek the following relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

01/31/2023

_Leslie E Duke_
Signature of Plaintiff

124 Shady Lane
Hertford, NC 27944

#252-301-1969
Address and Telephone Number of Plaintiff

4